IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF ARKANSAS (CENTRAL DIVISION)

In Re: Ashlei Shantel Mack  	Case No: 4:23-bk-13441-PMJ
	Chapter 7

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Heather Buchberger, Buchberger Law PLLC, and enters an appearance herein as attorney for Baptist Health Federal Credit Union, and requests that copies of all notices and pleadings be mailed to said counsel at the following address:

> Heather Buchberger
> Buchberger Law PLLC
> 3810 N. Peniel
> Bethany, OK 73008

The undersigned law firm, which is entering an appearance, is not authorized to accept service of process on behalf of Baptist Health Federal Credit Union.

> /s/Heather Buchberger
> Heather Buchberger,
> AR Fed. Bar #22509
> Buchberger Law PLLC
> 3810 N. Peniel
> Bethany, Oklahoma 73008
> Heather@buchbergerlaw.com
> (405) 787-9953
> fax: (405) 789-0516
> Attorney for Baptist Health
> Federal Credit Union

### CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the Entry of Appearance and Request for Notice was electronically served using the CM/ECF system to Mickey Lynn Stevens, attorney for debtor and to Richard L. Cox, Trustee, on this 16th day of November, 2023.

> /s/Heather Buchberger
> Heather Buchberger

```
C:\Users\thewi\OneDrive - LBJ Law Office\data - Copy\AGPA New Referrals\Non-Contingency Cases\Mack,
Ashely (Baptist HealthFCU)\EOA.wpd
```