Form nreqfin

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:23–bk–13441
Chapter: 7
Judge: Phyllis M. Jones

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashlei Shantel Mack
   4700 S. Main St.
   Pine Bluff, AR 71601–7448

Social Security No.:
   xxx–xx–2694

Employer's Tax I.D. No.:

---

### NOTICE OF REQUIREMENT TO FILE A STATEMENT
### OF COMPLETION OF COURSE IN PERSONAL FINANCIAL MANAGEMENT
**(Official Form 423)**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 7 (11 U.S.C. § 727). Pursuant to Bankruptcy Rule 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423) as described in 11 U.S.C. § 111.

Unless an approved provider of an instructional course concerning personal financial management has notified the court that a debtor has completed the course after filing the petition, debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set from the meeting of creditors under § 341. This may be the only notice the debtor(s) and/or the debtor(s)' attorney receives regarding completion of an instructional course in personal financial management. Failure to file the certification will result in the case being closed without an entry of discharge.

                                              Linda McCormack
                                              Clerk, U.S. Bankruptcy Court

Dated: 1/19/24