# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0860–4 | User: admin | Date Created: 01/19/2024 |
| Case: 4:23–bk–13441 | Form ID: nreqfin | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr    Richard L. Cox    rlctrustee@gmail.com
aty    Mickey Lynn Stevens    skeltonandstevens@outlook.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ashlei Shantel Mack    4700 S. Main St.    Pine Bluff, AR 71601–7448

TOTAL: 1