Form nclsndsc

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

Case No.: 4:23–bk–13441
Chapter: 7
Judge: Phyllis M. Jones

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashlei Shantel Mack
   4700 S. Main St.
   Pine Bluff, AR 71601–7448
   Discharge Withheld for Failure to Submit
   Cert of Instructional Course for Personal
   Financial Mgmt

Social Security No.:
   xxx–xx–2694

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

Debtor and/or Joint Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 3/12/24

                                                Linda McCormack, Clerk
                                                By:
                                                Tanya Wilkins
                                                Deputy Clerk